IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KEEGAN WARREN, ET AL. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25-cv-014-Y |
| | § | |
| WHITE LAKE NATURE PROJECT, LLC | § | |

### FINAL JUDGMENT

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the parties' Joint Motion to Dismiss (doc. 35), signed on December 23, 2025, this case is **DISMISSED with prejudice.** The parties shall bear their own respective costs and attorney's fees.

The clerk shall transmit a true copy of this judgment to the parties.

SIGNED December 23, 2025.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE